**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **LONGHORN HD LLC,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| **v.** | § | **Case No.  2:20-cv-00349-JRG** |
| | § | |
| **NETSCOUT SYSTEMS, INC.,** | § | |
| | § | |
| *Defendant*. | § | |

<u>**ORDER TO PURCHASE JURY MEALS**</u>

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 8th day of February, 2022.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE