# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LONGHORN HD LLC | § | |
| | § | |
| v. | § | Case No. 2:20-CV-0349-JRG-RSP |
| | § | |
| NETSCOUT SYSTEMS, INC. | § | |

### Pretrial Conference
### MAG. JUDGE ROY PAYNE PRESIDING
### March 1, 2022

**OPEN: 9:51 am**                                                               **ADJOURN: 3:07 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Peter Lambrianakos |
| | Vincent Rubino |
| | Joseph Mercandante |
| | Jacob Ostling |
| | Kurt Truelove |
| ATTORNEY FOR DEFENDANT: | Mark Lang |
| | Tom Gorham |
| LAW CLERK: | Nathan Fuller |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Kurt Truelove announced ready for plaintiff and introduced co-counsel.  Tom Gorham announced ready for defendants and introduced co-counsel.

Jury Selection will be April 4, 2022 at 9:00 a.m. before Judge Gilstrap.  The Court noted the lack of agreements on the trial management plan.  Joseph Mercandante responded for plaintiff.  Mark Lang responded for defendant.

Vincent Rubino responded to the Court's inquiry of the claims being asserted.  Mark Lang responded.

The parties will be allowed 11 hours of evidence per side.  The parties will have 30 minutes per side for voir dire and 30 minutes for opening statements.

The Court will rule on the dispositive motions on the papers.

After the break, the Court heard objections to Plaintiff's Motions in Limine.  Vincent Rubino

argued for plaintiff.   Mr. Lang argued for defendant.   The Court made rulings.

The parties then argued objections to Defendant's Motions in Limine.   Mr. Mercandante also argued for plaintiff.   The Court made rulings.

After the lunch break, the parties argued objections to exhibits.   The Court made rulings.

The Court instructed to parties to file updated exhibits list by March 28, 2022.   If there are any issues remaining, the Court will set a Final Pretrial Conference for March 29, 2022 at 9:00 a.m.