IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LONGHORN HD LLC., | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:20-CV-00349-JRG-RSP |
| NETSCOUT SYSTEMS, INC., | § |
| *Defendant*. | § |

# ORDER

Defendant NetScout Systems, Inc. previously filed a Motion For Summary Judgment Of Non-Infringement (Dkt. No. 73.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 130) recommending denying the Motion. Neither party objected and the Court **ADOPTS** the Report and Recommendation and orders that the Motion is **DENIED.**

So ORDERED and SIGNED this 19th day of April, 2022.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE