## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **LONGHORN HD LLC** § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00349-JRG-RSP |
| § | |
| **NETSCOUT SYSTEMS, INC.** § | |

### MINUTES FOR JURY TRIAL DAY NO. 2
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 19, 2022

**OPEN:  08:28 AM**                                                                                  **ADJOURN:  06:05 PM**

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANT:         See attached

LAW CLERKS:                                       Jim Lomeo
                                                            Cody Carter
                                                            Nathan Fuller

COURT REPORTER:                          Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:30 AM | Jury entered the courtroom. |
| 08:30 AM | Ms. Park reintroduced the video deposition of Mr. Christopher Day. |
| 08:44 AM | Video deposition of Mr. Christopher Day concluded. |
| 08:44 AM | Ms. Park introduced the video deposition of Dr. Scott Dawson. |
| 09:26 AM | Video deposition of Dr. Scott Dawson concluded. |
| 09:26 AM | Ms. Park introduced the video deposition of Mr. Thomas Bienkowski |
| 09:50 AM | Video deposition of Mr. Thomas Bienkowski concluded. |
| 09:50 AM | Ms. Park introduced the video deposition of Mr. Tony Piazza. |
| 09:56 AM | Video deposition of Mr. Tony Piazza concluded. |
| 09:56 AM | Jury recessed for break. |
| 09:57 AM | Recess. |
| 10:11 AM | Court reconvened. |
| 10:11 AM | Jury returned to courtroom. |
| 10:12 AM | Witness sworn.  Direct examination of Dr. Omid Kia by Mr. Rubino. |
| 11:21 AM | **Courtroom sealed.** |

| TIME | MINUTES |
|---|---|
| 11:22 AM | Direct examination of Dr. Omid Kia by Mr. Rubino, continued. |
| 11:41 AM | **Courtroom unsealed.** |
| 11:42 AM | Direct examination of Dr. Omid Kia by Mr. Rubino, continued. |
| 11:54 AM | Jury recessed for lunch. |
| 11:54 AM | Recess. |
| 01:16 PM | Court reconvened. |
| 01:16 PM | Jury returned to courtroom. |
| 01:17 PM | Direct examination of Dr. Omid Kia by Mr. Rubino, continued. |
| 01:28 PM | Cross examination of Dr. Omid Kia by Mr. Buresh. |
| 02:05 PM | **Courtroom sealed.** |
| 02:06 PM | Cross examination of Dr. Omid Kia by Mr. Buresh, continued. |
| 02:08 PM | **Courtroom unsealed.** |
| 02:08 PM | Cross examination of Dr. Omid Kia by Mr. Buresh, continued. |
| 02:33 PM | Bench conference. |
| 02:34 PM | Bench conference concluded. |
| 02:34 PM | Cross examination of Dr. Omid Kia by Mr. Buresh, continued. |
| 02:44 PM | Redirect examination of Dr. Omid Kia by Mr. Rubino. |
| 02:57 PM | Witness excused. |
| 02:58 PM | Jury recessed for break. |
| 02:58 PM | Recess. |
| 03:17 PM | Court reconvened. |
| 03:18 PM | Jury returned to courtroom. |
| 03:18 PM | Witness sworn.  Direct examination of Mr. Jim Bergman by Mr. Mercadante. |
| 04:18 PM | Bench conference. |
| 04:19 PM | Bench conference concluded. |
| 04:19 PM | Cross examination of Mr. Jim Bergman by Ms. Marriott. |
| 05:07 PM | Redirect examination of Mr. Jim Bergman by Mr. Mercadante. |
| 05:12 PM | Recross examination of Mr. Jim Bergman by Ms. Marriott. |
| 05:13 PM | Witness excused. |
| 05:13 PM | Plaintiff rested its case-in-chief. |
| 05:14 PM | Jury recessed for break. |
| 05:14 PM | Recess. |
| 05:24 PM | Court reconvened. |
| 05:25 PM | Jury returned to courtroom. |
| 05:25 PM | Witness sworn.  Direct examination of Dr. Scott Dawson by Mr. Buresh. |
| 06:01 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:01 PM | Mr. Fabricant raised issue re: MIL. |
| 06:03 PM | Response provided by Mr. Buresh. |
| 06:03 PM | Court will CARRY ruling until tomorrow morning. |
| 06:04 PM | Court reminded parties to continue with their meet and confer efforts re: disputes and to advise Court staff re: same.  If the parties have unresolved issues, the Court will be available in chambers at 7:30 AM tomorrow morning to meet with counsel to address same.  Court directed parties to submit by 2:00 PM tomorrow by email to Court staff an updated joint proposed final jury instructions and verdict form (in Word format). |

| TIME | MINUTES |
|---|---|
| 06:05 PM | Court adjourned. |