

**2:20-cv-00349-JRG-RSP**
**Longhorn HD LLC v NetScout Systems Inc**
**April 19, 2022 at 8:30 AM**
**Trial Day 2**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Fred Fabricant | Longhorn HD LLP |
| Peter Lambrianakos | |
| Vincent Rubino | |
| Joseph Mercadante | |
| Jennifer Truelove | |
| Amy Park | |
| ~~Thomas Schweitzer~~ | ~~client~~ |
| ~~Charles Fawaro~~ | |
| | |
| Eric Buresh | NetScout |
| Michelle Marriott | |
| Melissa Smith | |
| Mark Lang | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Thomas Schweitzer | Longhorn |
| Charles Fawaro | ↓ |
| Scott Dawson | NetScout |