# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **LONGHORN HD LLC** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00349-JRG-RSP |
| | § | |
| **NETSCOUT SYSTEMS, INC.** | § | |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 20, 2022

**OPEN:** 08:24 AM                                              **ADJOURN:** 06:18 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANT:        See attached

LAW CLERKS:                     Jim Lomeo
                                Cody Carter
                                Nathan Fuller

COURT REPORTER:                 Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 08:24 AM | Court opened. |
| 08:25 AM | Exhibits used prior day read into the record. |
| 08:27 AM | Court made rulings re: previously CARRIED issue. |
| 08:28 AM | Jury entered the courtroom. |
| 08:29 AM | Direct examination of Dr. Scott Dawson by Mr. Buresh, continued. |
| 08:58 AM | **Courtroom sealed.** |
| 08:58 AM | Direct examination of Dr. Scott Dawson by Mr. Buresh, continued. |
| 09:09 AM | **Courtroom unsealed.** |
| 09:09 AM | Direct examination of Dr. Scott Dawson by Mr. Buresh, continued. |
| 09:22 AM | Bench conference. |
| 09:23 AM | Bench conference concluded. |
| 09:23 AM | Direct examination of Dr. Scott Dawson by Mr. Buresh, continued. |
| 09:29 AM | Cross examination of Dr. Scott Dawson by Mr. Rubino. |
| 09:53 AM | Redirect examination of Dr. Scott Dawson by Mr. Buresh. |
| 09:58 AM | Completion of testimony of Dr. Scott Dawson. |
| 09:58 AM | Jury recessed for break. |
| 09:59 AM | Recess. |

| TIME | MINUTES |
|---|---|
| 10:12 AM | Court reconvened. |
| 10:12 AM | Jury returned to courtroom. |
| 10:12 AM | Witness sworn.  Direct examination of Dr. Kevin Jeffay by Mr. Buresh. |
| 10:51 AM | Jury returned to jury room. |
| 10:52 AM | Objection argument presented by Mr. Lambrianakos. |
| 10:56 AM | Responsive argument provided by Mr. Buresh. |
| 10:58 AM | Additional objection argument presented by Mr. Lambrianakos. |
| 10:58 AM | Additional responsive argument provided by Mr. Buresh. |
| 10:59 AM | Court made rulings re: objection. |
| 10:58 AM | Jury returned to courtroom. |
| 11:00 AM | Direct examination of Dr. Kevin Jeffay by Mr. Buresh, continued. |
| 11:49 AM | Jury recessed for lunch. |
| 11:50 AM | Recess. |
| 01:12 PM | Court reconvened. |
| 01:13 PM | Jury returned to courtroom. |
| 01:13 PM | Direct examination of Dr. Kevin Jeffay by Mr. Buresh, continued. |
| 01:18 PM | **Courtroom sealed.** |
| 01:19 PM | Direct examination of Dr. Kevin Jeffay by Mr. Buresh, continued. |
| 01:23 PM | **Courtroom unsealed.** |
| 01:23 PM | Direct examination of Dr. Kevin Jeffay by Mr. Buresh, continued. |
| 01:56 PM | Cross examination of Dr. Kevin Jeffay by Mr. Lambrianakos. |
| 02:52 PM | **Courtroom sealed.** |
| 02:52 PM | Cross examination of Dr. Kevin Jeffay by Mr. Lambrianakos, continued. |
| 02:55 PM | **Courtroom unsealed.** |
| 02:56 PM | Cross examination of Dr. Kevin Jeffay by Mr. Lambrianakos, continued. |
| 03:04 PM | Bench conference. |
| 03:05 PM | Bench conference concluded. |
| 03:05 PM | Cross examination of Dr. Kevin Jeffay by Mr. Lambrianakos, continued. |
| 03:07 PM | Redirect examination of Dr. Kevin Jeffay by Mr. Buresh. |
| 03:07 PM | **Courtroom sealed.** |
| 03:08 PM | Redirect examination of Dr. Kevin Jeffay by Mr. Buresh, continued. |
| 03:11 PM | **Courtroom unsealed.** |
| 03:11 PM | Redirect examination of Dr. Kevin Jeffay by Mr. Buresh, continued. |
| 03:24 PM | Recross examination of Dr. Kevin Jeffay by Mr. Lambrianakos. |
| 03:28 PM | **Courtroom sealed.** |
| 03:28 PM | Recross examination of Dr. Kevin Jeffay by Mr. Lambrianakos, continued. |
| 03:28 PM | **Courtroom unsealed.** |
| 03:29 PM | Additional redirect examination of Dr. Kevin Jeffay by Mr. Buresh. |
| 03:30 PM | Witness excused. |
| 03:31 PM | Jury recessed for break. |
| 03:31 PM | Recess. |
| 04:02 PM | Court reconvened. |
| 04:02 PM | Jury returned to courtroom. |
| 04:03 PM | Witness sworn.  Direct examination of Dr. Nisha Mody by Ms. Marriott. |

| TIME | MINUTES |
|---|---|
| 04:47 PM | Cross examination of Dr. Nisha Mody by Mr. Lambrianakos. |
| 05:33 PM | Bench conference. |
| 05:33 PM | Bench conference concluded. |
| 05:33 PM | Cross examination of Dr. Nisha Mody by Mr. Lambrianakos, continued. |
| 05:39 PM | Witness excused. |
| 05:39 PM | Defendant rested its case-in-chief. |
| 05:40 PM | Plaintiff offered no rebuttal witnesses. |
| 05:40 PM | Both sides rested. |
| 05:40 PM | Court provided instructions to Jury. |
| 05:42 PM | Jury excused for the remainder of the day to return tomorrow at 10:30 AM. |
| 05:44 PM | Informal charge conference will be held tomorrow morning at 8:00 AM (off the record). |
| 05:45 PM | Formal charge conference will be conducted (on the record) following informal charge conference. |
| 05:46 PM | Court will take up Rule 50(a) motions following recess. |
| 05:46 PM | Recess. |
| 05:55 PM | Court reconvened. |
| 05:56 PM | Exhibits used today read into the record. |
| 05:57 PM | Court to take up Rule 50(a) motions. |
| 05:57 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 05:59 PM | Court began hearing argument on Rule 50(a) motions. |
| 06:13 PM | Arguments concluded. |
| 06:14 PM | Court made rulings on Rule 50(a) motions as set forth in the record. |
| 06:15 PM | Completion of Rule 50(a) motions hearing. |
| 06:18 PM | Court adjourned. |