**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LONGHORN HD LLC., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00349-JRG |
| | § | |
| NETSCOUT SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Longhorn**" refers to Longhorn HD LLC.
- "**Defendant**" or "**NetScout**" refers to NetScout Systems, Inc.
- The "**'846 Patent**" refers to U.S. Patent No. 7,260,846.
- The "**Asserted Claims**" refers collectively to Claims 1, 4, and 9 of the '846 Patent.

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM</u>**

**<u>READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM</u>**

## QUESTION NO. 1

Did Longhorn, the Plaintiff, prove by a preponderance of the evidence that NetScout, the Defendant, infringed **ANY** of the Asserted Claims?

Yes: ____________ No: ✓____________

**If you answered "NO" to Question No. 1, then DO NOT answer Question No. 2.**

**Answer Question No. 2 ONLY as to any Asserted Claim that you have found to be infringed.**

**QUESTION NO. 2**

What sum of money, if paid now in cash, has Longhorn, the Plaintiff, proven by a preponderance of the evidence would compensate it for its damages for infringement?

Answer in United States Dollars and Cents, if any:

$ ____________________________________________

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 21st day of April 2022.

________________________
Jury Foreperson