# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

**LONGHORN HD LLC** §
§
v. § CIVIL ACTION NO. 2:20-CV-00349-JRG-RSP
§
**NETSCOUT SYSTEMS, INC.** §

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### April 21, 2022

**OPEN:** 09:45 AM                                                          **ADJOURN:** 02:07 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANT:        See attached

LAW CLERKS:                     Jim Lomeo
                                Cody Carter
                                Nathan Fuller

COURT REPORTER:                 Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 09:45 AM | Court opened. |
| 09:46 AM | Yesterday, Court heard Rule 50(a) motions and ruled thereon. Informal charge conference was held this morning in chambers (off the record). |
| 09:48 AM | Formal charge conference started. |
| 09:49 AM | Ms. Truelove argued for the Plaintiff and Mr. Lang argued for the Defendant. |
| 09:54 AM | Formal charge conference completed. |
| 09:55 AM | Recess. |
| 10:42 AM | Court reconvened. |
| 10:44 AM | Jury entered the courtroom. |
| 10:45 AM | Court provided instructions to Jury. |
| 11:26 AM | Closing argument by Plaintiff's counsel, Mr. Fabricant. |
| 11:44 AM | Closing argument by Defendant's counsel, Mr. Buresh. |
| 12:25 PM | Final closing argument by Plaintiff's counsel, Mr. Fabricant. |
| 12:45 PM | Closing arguments concluded. |
| 12:45 PM | Court gave final instructions to the Jury. |
| 12:51 PM | Jury retired to jury room to deliberate. |
| 12:51 PM | Court recessed. |

| TIME | MINUTES |
|---|---|
| 02:01 PM | Court reconvened. |
| 02:01 PM | Court informed counsel of a Jury note received by the Court. |
| 02:01 PM | Jury entered the courtroom. |
| 02:03 PM | Court announced the verdict into the record. |
| 02:04 PM | Jurors polled representing a unanimous verdict. |
| 02:07 PM | Jurors released and excused by the Court. |
| 02:07 PM | Court adjourned. |